UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN D. BARD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GSV ASSET MANAGEMENT, LLC a Delaware limited liability company; MICHAEL T. MOE, an individual; THOMAS C. FRANCO, an individual; FELIPE HELD, an individual; HMF PARTNERS LLC, a Delaware limited liability company, and DOES 1 TO 99,<br><br>    Defendants. | CASE NO.: 3:23-cv-00488-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE HEARING ON GSV ASSET MANAGEMENT, LLC AND MICHAEL T. MOE'S MOTION TO DISMISS AND THE PARTIES' CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. William H. Orrick III |

[PROPOSED] ORDER
GRANTING STIPULATION
CASE NO.: 3:23-cv-00488-WHO

On August 29, 2023, the parties in this action filed their Stipulation to Reschedule Hearing on GSV Asset Management, LLC ("GSVAM") and Michael T. Moe's motion to dismiss and the parties' Case Management Conference. The court, having considered the Stipulation and finding good cause, hereby Orders as follows:

1. The Stipulation is GRANTED.

2. The hearing date on Defendants GSVAM and Michael T. Moe's motion to dismiss, currently scheduled for 2:00 p.m. on September 6, 2023, is continued until 2:00 p.m. on September 13, 2023.

3. The initial Case Management Conference is continued until October 11, 2023 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  August 30, 2023

_____
Hon. William H. Orrick III
United States District Court Judge