1  DALE BISH, State Bar No. 235390
   ALLIE FELLOWS, State Bar No. 346701
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5  Email: dbish@wsgr.com
          afellows@wsgr.com
6
   *Attorneys for Defendants*
7  GSV Asset Management, LLC and
   Michael T. Moe
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | STEPHEN D. BARD, an individual, | CASE NO.: 3:23-cv-00488-WHO |
|---|---|
13 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING THE PARTIES' CLAIMS WITH PREJUDICE** |
14 | v. | |
15 | GSV ASSET MANAGEMENT, LLC a Delaware limited liability company; MICHAEL T. MOE, an individual; THOMAS C. FRANCO, an individual; FELIPE HELD, an individual; HMF PARTNERS LLC, a Delaware limited liability company; and DOES 1 TO 99, | Judge:  Hon. William H. Orrick III |
16 | | |
17 | | |
18 | | |
19 | Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Stephen D. Bard and Defendants GSV Asset Management, LLC ("GSVAM") and Michael T. Moe (collectively the "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, have resolved the dispute between them. Accordingly, the Parties hereby stipulate and agree that the Parties' claims against one another should be dismissed with prejudice. As no other party or claim remains in this action, the action should therefore be dismissed and terminated. Further, Bard and the Defendants stipulate and agree that each party is to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 6, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Dale Bish*
    Dale Bish

*Attorneys for Defendants*
GSV Asset Management, LLC and
Michael T. Moe

Dated: May 6, 2024

DELAHUNTY & EDELMAN LLP

By: /s/ *William J. Edelman*
    William J. Edelman

*Attorneys for Plaintiff*
Stephen D. Bard

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, the Court hereby dismisses the Parties' claims and terminates the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Date: May 6, 2024

HON. WILLIAM J. ORRICK III
United States Senior District Judge

**SIGNATURE ATTESTATION**

I, Dale Bish, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that William J. Edelman has concurred in this filing.

Dated: May 6, 2024   */s/ Dale Bish*
                                    Dale Bish